Afr io.?6 7,
 IN THE SUPREME COURT OF THE STATE OF NEVADA

MICHAEL STEVE COX, No. 58292
Petitioner,
vs.
THE FIRST JUDICIAL DISTRICT COURT
OF THE STATE OF NEVADA, IN AND FOR
 FIL
THE COUNTY OF CARSON CITY; AND
THE HONORABLE JAMES TODD
RUSSELL, DISTRICT JUDGE,
Respondents.
MICHAEL STEVE COX,
Petitioner,
vs.
THE SEVENTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA, IN
AND FOR THE COUNTY OF WHITE PINE,
Respondent.
MICHAEL STEVE COX, No. 60406
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA, IN
AND FOR THE COUNTY OF CLARK,
Respondent.
MICHAEL STEVE COX, No. 60407
Petitioner,
vs.
THE SEVENTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA, IN
AND FOR THE COUNTY OF WHITE PINE,
Respondent.
MICHAEL STEVE COX, No. 60409
Petitioner,
vs.
THE SEVENTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA, IN
AND FOR THE COUNTY OF WHITE PINE,
Respondent.
 MICHAEL STEVE COX, V—No.162079
 Petitioner,
 vs.
 THE SEVENTH JUDICIAL DISTRICT
 COURT OF THE STATE OF NEVADA, IN
 AND FOR THE COUNTY OF WHITE PINE,
 Respondent.
 MICHAEL STEVE COX, No. 62080
 Petitioner,
 vs.
 THE SEVENTH JUDICIAL DISTRICT
 COURT OF THE STATE OF NEVADA, IN
 AND FOR THE COUNTY OF WHITE PINE,
 Respondent.

 ORDER DENYING WRIT PETITIONS

 These are seven original proper person petitions for
 extraordinary relief. The petitions are not consolidated.
 Having considered these petitions and supporting documents,
 we conclude that petitioner's arguments lack merit and that our
 intervention by way of extraordinary relief is not warranted. Accordingly,
 we deny the petitions. NRAP 21(b)(1); NRAP 21(c).
 Additionally, as demonstrated by the this order, petitioner has
 filed numerous meritless proper person petitions in this court seeking
 extraordinary writ relief and has further filed a number of similarly
 meritless appeals in this court. See Cox v. McDaniel, Docket No. 60056,
 Cox v. McDaniel, Docket No. 60151, Cox v. Bannister, Docket No. 60637,
 Cox v. State, Docket No. 61322. We caution appellant that continued filing
 of such meritless petitions and appeals may result in restrictions on his
 ability to file papers in this court in forma pauperis. See Jordan v. State,
 Dept. of Motor Vehicles & Pub. Safety, 121 Nev. 44, 110 P.3d 30 (2005),
SUPREME COURT
 OF
 NEVADA
 2
(01 1947A s
 abrogated on other grounds by Buzz Stew, LLC v. City of N. Las Vegas, 124
 Nev. 224, 181 P.3d 670 (2008).
 It is so ORDERED. 1

 J.
 Hardesty

 Parraguirre

 J.

 cc: Hon. James Todd Russell, District Judge
 Michael Steve Cox
 Attorney General/Carson City
 Carson City Clerk
 White Pine County Clerk
 Eighth District Court Clerk

 1 Ineach of these writ petitions, this court has received petitioner's
 requests for leave to proceed in forma pauperis. We direct the clerk of this
 court to file the May 17, 2011, and the June 28, 2011, motions in Docket
 No. 58292; the March 19, 2012, motion in Docket No. 60404; the March 19,
 2012, motion in Docket No. 60406; the March 19, 2012, motion in Docket
 No. 60407; the March 19, 2012, motion in Docket No. 60409; the November
 20, 2012, motion in Docket No. 62079; and the November 20, 2012, motion
 in Docket No. 62080. Because petitioner was granted leave to proceed in
 forma pauperis in each of these writ petitions, no action is required on
 these motions.

SUPREME COURT
 OF
 NEVADA

 3
(0) 194Th